BENEFICIAL FINANCE CO. OF NEWARK, ETC., PLAINTIFF-RESPONDENT, v. ALFONSO DALOISIO, *ET AL.*, TRADING AS RAILROAD CONSTRUCTION COMPANY, DEFENDANTS-APPELLANTS.

Argued May 23, 1966—Decided June 6, 1966.

*Mr. Edward F. Merrey, Jr.,* argued the cause for appellants (*Mr. John P. Goceljak,* on the brief; *Messrs. Merrey and Merrey,* attorneys).

*Mr. Joshua M. Levin* argued the cause for respondent (*Messrs. Levin and Chenkin,* attorneys).

The opinion of the court was delivered

PER CURIAM. Plaintiff, holder of a wage assignment within *N. J. S. A.* 17:10–18, a part of the Small Loan Law, brought this action against the assignor's employer for the sums due under the assignment. Plaintiff prevailed, and the Appellate Division affirmed. 90 *N. J. Super.* 80 (1966).

██ We agree with the Appellate Division that the statute does not violate the equal protection clause of the Fourteenth Amendment to the *Constitution of the United States,* or the provisions of *Art.* I, ¶ 1, and *Art.* IV, § VII, ¶¶ 7, 8 and 9 of our State Constitution.

██ As to defendant's other proposition, that the county district court is without jurisdiction of plaintiff's claim, defendant says the Appellate Division missed the point it intended, *i. e.,* that the assignment created only an equitable

right because the assignment is a partial one. We think a sufficient answer is that the assignee's interest, being now established by statute, is a legal right and as such is enforceable in a court of law without the aid of the authority of the former Court of Chancery.

The judgment is affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO.—6.

*For reversal*—None.